Appeal dismissed, with costs, on ground that the order appealed from is not a final order but is an order granting a rehearing on the merits of the issues presented by objections to probate of the will; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

BENJAMIN R. KITTREDGE, Appellant, *v.* ARTHUR E. GRANNIS, Respondent, Impleaded with Others.

*Parties — judgment — action in tort against individual members of a partnership — judgment may not be entered against partner not served with summons.*

*Kittredge* v. *Grannis*, 200 App. Div. 478, affirmed.

(Argued May 31, 1922; decided July 12, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 17, 1922, which reversed an order of Special Term denying a motion for an order vacating and setting aside so much of a judgment as refers to defendant Arthur E. Grannis and amending the same by striking therefrom the name of the defendant Arthur E. Grannis and the phrase " copartners trading under the firm name and style of Grannis & Lawrence," and granted said motion. The action was in tort against the individual members of the partnership of Grannis & Lawrence to recover for an alleged conversion. The defendant Grannis, a non-resident of this state, was not served with the summons.

*Harlan F. Stone, George F. Canfield* and *R. Randolph Hicks* for appellant.

*Royal E. T. Riggs* and *Parker K. Deane* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.